| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Linda.allison@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | Annamaria Browndestarac |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:17-PO-00520-AC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE: January 29, 2018 |
| ANNAMARIA BROWNDESTARAC | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Allison Claire |
| | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ERICA ANDERSON and Assistant Federal Defender LINDA C. ALLISON, attorney for ANNAMARIA BROWNDESTARAC, that the status conference hearing set for January 29, 2018 be continued March 5, 2018 at 2:00 p.m.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 22, 2018         */s/ Linda C. Allison*
                                LINDA C. ALLISON
                                Assistant Federal Defender
                                Attorney for Defendant
                                ANNAMARIA BROWNDESTARAC

-1-

Dated: January 22, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Erica Anderson*
ERICA ANDERSON
Special Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for January 29, 2018 at 9:00 a.m. be continued to March 5, 2018 at 2:00 p.m.

Dated: January 23, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE